

| | |
|---|---|
| 1 | Joel E. Elkins (SBN 256020) |
| 2 | jelkins@weisslawllp.com<br>**WEISSLAW LLP** |
| 3 | 9107 Wilshire Blvd., Suite 450<br>Beverly Hills, CA 90210 |
| 4 | Telephone: 310/208-2800<br>Facsimile: 310/209-2348 |
| 5 | *Attorneys for Plaintiff* |
| 6 | *[Additional counsel on signature page]* |

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
11/6/18

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH LEIBOWITZ, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INVUITY, INC., GREGORY T. LUCIER, SCOTT FLORA, WILLIAM W. BURKE, RANDALL A. LIPPS, ERIC ROBERTS, and DANIEL WOLTERMAN,<br><br>Defendants. | Case No. 3:18-CV-06136-YGR<br><br>CLASS ACTION<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**<br><br>JURY TRIAL DEMANDED |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Ruth Leibowitz ("Plaintiff") voluntarily dismisses her individual claims in the above-captioned action (the "Action") with prejudice as to her individual claims, and without prejudice as to the claims of the putative class. Because this notice of dismissal is being filed before service by the defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

| | |
|---|---|
| Dated: November 02, 2018 | **WEISSLAW LLP**<br><br>By: _____<br>Joel E. Elkins (SBN 256020)<br>9107 Wilshire Blvd., Suite 450<br>Beverly Hills, CA 90210<br>Telephone: 310/208-2800<br>Facsimile: 310/209-2348<br><br>-and-<br><br>Richard A. Acocelli<br>1500 Broadway, 16th Floor<br>New York, NY 10036<br>Telephone: 212/682-3025<br>Facsimile: 212/682-3010<br><br>*Attorneys for Plaintiff and the Proposed Class* |

**CERTIFICATE OF SERVICE**

I, Joel E. Elkins, hereby certify under penalty of perjury that on November 2, 2018, I caused a copy of the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** to be served upon the following:

*All Parties of Record* (via CM/ECF)

_____
Joel E. Elkins